**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**POSTNET INTERNATIONAL**
**FRANCHISE CORPORATION,**

        **Plaintiff,**

-vs-                                        Case No. 6:08-cv-106-Orl-31GJK

**R&B CENTRAL ENTERPRISES, INC.,**
**RODGER L. TAYLOR, BEATRIZ I.**
**TAYLOR,**

        **Defendants.**
_____/

# ORDER

This matter comes before the Court on the Motion for Preliminary Injunction (Doc. 2) filed on January 22, 2008 by the Plaintiff, Postnet International Franchise Corporation ("Postnet"), as well as the accompanying Request for Oral Argument (Doc. 12). The Defendants failed to file a response to the Complaint[1] (Doc. 1), and the Clerk entered defaults against them on February 25, 2008. Because the Defendants have also failed to respond to the motion, it will be treated as unopposed per Local Rule 3.01(b). After reviewing the motion and accompanying exhibits, the

---

[1] Defendant Rodger Taylor sent a letter to Plaintiff's counsel, but it did not dispute any of the allegations in the Complaint or the Motion for Preliminary Injunction.

Court finds that the motion is due to be granted, and oral argument is not required.  The Plaintiff is directed to file a proposed order providing the injunctive relief sought.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 27, 2008.

> GREGORY A. PRESNELL
> UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party