**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**POSTNET INTERNATIONAL
FRANCHISE CORPORATION,**

               **Plaintiff,**

**-vs-**                                                      Case No.  6:08-cv-106-Orl-31GJK

**R&B CENTRAL ENTERPRISES, INC.,
RODGER L. TAYLOR, BEATRIZ I.
TAYLOR, ,**

               **Defendants.**
_____/

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

This matter comes before the Court on plaintiff PostNet International Franchise Corporation's ("PostNet") Motion for Preliminary Injunction (Doc. 2).  The Court has determined that Defendants R & B Central Enterprises, Inc., Rodger C. Taylor (incorrectly named herein as "Rodger L. Taylor") and Beatriz I. Taylor (collectively, "Defendants") have failed to respond to the Motion for Preliminary Injunction and that the Motion is unopposed.  The Court has reviewed the pleadings and the file and has provided all parties the opportunity to be heard on the matter, and, being fully advised in the premises, the Court hereby finds as follows:

     1.     Defendants' PostNet franchise has been terminated, leaving Defendants with no legal right or justification for continuing to use PostNet's trade names, service marks, trademarks, logos, emblems and indicia of origin (the "Proprietary Marks"), or PostNet's unique and distinctive system relating to the establishment and operation of retail stores which are postal,

business and communications centers offering products and services such as shipping, packaging, copying, money orders, printing, and notary services (the "PostNet System").

2. Additionally, Defendants are in breach of a narrowly drawn and reasonable covenant not to compete with PostNet by their continued operation of a business offering similar services in the same location as Defendants' former PostNet franchise (the "Competing Business").

3. Defendants have willfully ignored PostNet's demands that they cease operation of the Competing Business and their use of PostNet's Proprietary Marks and the PostNet System.

4. PostNet is substantially likely to prevail on the merits of its claims against Defendants in this litigation.

5. Defendants' actions have caused and will continue to cause immediate and irreparable harm to PostNet and the public unless Defendants are enjoined and restrained from their continuing operation of the Competing Business in violation of the covenant not to compete and continuing use of PostNet's Proprietary Marks and the PostNet System.

6. The harm to PostNet and the public outweighs any harm the injunctive relief may cause Defendants.

7. Granting PostNet injunctive relief would not disserve the public interest.

It is, therefore

**ORDERED** that the Motion for Preliminary Injunctive Relief (Doc. 2) is **GRANTED**, and Defendants are hereby enjoined from operating the Competing Business or any business offering similar services as Defendants' former PostNet franchise within a ten-mile radius of the

"Protected Territory," as that term is defined in the parties' franchise agreement, and must immediately cease all operations of the Competing Business;

It is further **ORDERED** that Defendants must immediately discontinue their use of PostNet's Proprietary Marks, including but not limited to PostNet's federally registered service mark 1,801,313 (POSTNET) and service mark 3,208,053 (POSTNET CREATE DUPLICATE DELIVER);

It is further **ORDERED** that Defendants must immediately return to PostNet all proprietary and confidential information, including all customer lists, manuals, and all other documents containing confidential information associated with the PostNet System;

It is further **ORDERED** that the preliminary injunction shall remain in force for the pendency of this litigation, or until further order of the Court;

It is further **ORDERED** that PostNet shall not be required to post a bond in connection with this preliminary injunction because the Court finds that Defendants will suffer no harm or injury as this injunction has been properly issued.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 3, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party