**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**POSTNET INTERNATIONAL**
**FRANCHISE CORPORATION,**

          **Plaintiff,**

-vs-                                      Case No.  6:08-cv-106-Orl-31GJK

**R&B CENTRAL ENTERPRISES, INC.,**
**RODGER L. TAYLOR, BEATRIZ I.**
**TAYLOR, ,**

          **Defendants.**
_____/

# ORDER

      This matter comes before the Court on the Report and Recommendation of the Magistrate Judge (Doc. 38), recommending granting in part of the Plaintiff's Motion for Entry of Default Judgment (Doc. 23).  No objections have been filed.  Accordingly, it is hereby

      **ORDERED** that

      1.    The Report and Recommendation is **ADOPTED AND CONFIRMED** and made a part of this order;

      2.    The Motion for Entry of Default Judgment (Doc. 23) is **GRANTED IN PART**;

      3.    The Clerk is directed to enter judgment in favor of the Plaintiff, PostNet International Franchise Corporation, and against the Defendants, Rodger C. Taylor,[1] Beatriz I. Taylor, and R&B Central Enterprises, Inc., in the amount of $8,8404.40;

---

[1] Incorrectly named in the Complaint as "Rodger L. Taylor".  (Doc. 38 at 1).

    4.       The Court retains jurisdiction to entertain a motion for attorneys' fees; and

    5.       The Court will enter a permanent injunction by separate order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 16, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party