**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**POSTNET INTERNATIONAL**
**FRANCHISE CORPORATION,**

                **Plaintiff,**

-vs-                                    **Case No.  6:08-cv-106-Orl-31GJK**

**R&B CENTRAL ENTERPRISES, INC.,**
**RODGER L. TAYLOR, BEATRIZ I.**
**TAYLOR, ,**

                **Defendants.**
_____/

## INJUNCTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 55 and this Court's order approving the Report and Recommendation of the Magistrate Judge (Doc. 38), the Court enters the following order as to R&B Central Enterprises, Inc., Rodger C. Taylor,[1] and Beatriz L. Taylor (henceforth, the "Defendants"):

    1.    The Defendants are ordered to immediately return all confidential information to the Plaintiff, PostNet International Franchise Corporation ("PostNet");

    2.    The Defendants are permanently enjoined from using PostNet's proprietary information, including PostNet's trade marks and trade names, or otherwise infringing on PostNet's proprietary rights; and

---

[1] Incorrectly denominated in the Complaint as "Rodger L. Taylor".  (Doc. 38 at 1).

3. The Defendants are permanently enjoined from operating their competing business offering similar services in the same location as Defendants' former PostNet franchise.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 16, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party