# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

POSTNET INTERNATIONAL
FRANCHISE CORPORATION,

                  **Plaintiff,**

-vs-                                  **Case No.  6:08-cv-106-Orl-31GJK**

R&B CENTRAL ENTERPRISES, INC.,
RODGER L. TAYLOR, BEATRIZ I.
TAYLOR,

                  **Defendants.**
_____/

## ORDER OF RECUSAL

       Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because the Plaintiff has retained – as an expert on attorney's fees – a shareholder in my former law firm in which my wife is a shareholder.  (Doc. 43-6).  The Clerk is directed to reassign this case to another Judge of this court.

       **DONE** and **ORDERED** in Chambers in Orlando, Florida on October 16, 2008.

                                         GREGORY A. PRESNELL
                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record