# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**POSTNET INTERNATIONAL**
**FRANCHISE CORPORATION,**
                    **Plaintiff,**

-vs-                                                          **Case No. 6:08-cv-106-Orl-22KRS**

**R&B CENTRAL ENTERPRISES, INC.,**
**RODGER L. TAYLOR,**
**BEATRIZ I. TAYLOR,**
                    **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Renewed Motion for Attorneys' Fees and Costs (Doc. No. 55) filed on November 18, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 15, 2008 (Doc. No. 60) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Attorneys' Fees and Costs (Doc. No. 55) is granted in part and denied in part.

3. Plaintiff is hereby awarded attorneys' fees in the amount of **$13,400.00**. Plaintiff shall file a Bill of Costs (which does not include electronic research charges) with the Clerk for taxing.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 7, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge