FILED

2009 FEB 23 AM 10: 18

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POSTNET INTERNATIONAL FRANCHISE
CORPORATION., a Nevada corporation;

Plaintiff,

vs.

R&B CENTRAL ENTERPRISES, INC., a
Florida corporation, RODGER L. TAYLOR,
an individual, and BEATRIZ I. TAYLOR,
an individual;

Defendants.

Case No. 6:08-cv-00106-22-DAB

## ORDER

This case is before the Court on Defendants' Objections to Writ of Garnishment (Doc. No. 58) filed on December 5, 2008; Plaintiff's Motion to Compel (Doc. No. 64) filed on January 6, 2009; and Plaintiff's Motion for Default Judgment Against All Defendants (Doc. No. 67) filed on January 16, 2009.

On January 26, 2009, the United States Magistrate Judge submitted a report recommending that the judgment be entered in favor of Plaintiff in the amount of $4,892.20, on the writ of garnishment served on the Bank of America and that the Motion to Compel should be denied, as moot, and the Motion for Default Judgment granted, to the extent not moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on January 26, 2009 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendants' Objections to Writ of Garnishment (Doc. No. 58) filed on December 5, 2008 are deemed abandoned.

3. The Plaintiff's Motion to Compel (Doc. No. 64) filed on January 6, 2009 is **DENIED** as **MOOT**.

4. The Plaintiff's Motion for Default Judgment against All Defendants (Doc. No. 67) filed on January 16, 2009 is **GRANTED**.

5. Garnishee, Bank of America, N.A., is directed to pay PostNet International Franchise Corporation the sum of $0.10 to counsel for Plaintiff from the account ending in 6714 in the name of Rodger C. Taylor.

6. Garnishee, Bank of America, N.A., is directed to pay PostNet International Franchise Corporation the sum of $1,141.87 to counsel for Plaintiff from the account ending 5957 in the name of Beatriz I. Taylor.

7. Garnishee, Bank of America, N.A. is directed to pay PostNet International Franchise Corporation the sum of $357.15 to counsel for Plaintiff from account ending 6774 in the name of Beatriz I. Taylor.

8. Garnishee, Bank of America, N.A. is directed to pay PostNet International Franchise Corporation the sum of $3,393.08 to counsel for Plaintiff for account ending 9551 in the name of Beatriz I. Taylor, Sydney N. Taylor.

9. The payments set forth in paragraphs 5-8 above shall be directed to counsel for PostNet International Franchise Corporation, David E. Cannella, Carlton Fields, P.A., Post Office Box 1171, Orlando, Florida 32802-1171, and made payable to Carlton Fields, P.A. Trust Account.

10. Upon payment by Garnishee to counsel for Plaintiff, the Writ of Garnishment (Doc. No. 46) issued on October 15, 2008 shall be dissolved.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 18, 2009.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge

Counsel of Record

Unrepresented Parties

J.T. Haley, Esquire
Haley, Sinagra, Paul & Toland, P.A.
300 Sevilla Avenue, Suite 210
Coral Gables, Florida 33134
Counsel for Bank of America, N.A.